Michael J. Gottlieb (SBN 261434)
mgottlieb@willkie.com
Marina A. Torres (SBN 259576)
mtorres@willkie.com
Logan M. Elliott (SBN 268105)
lelliott@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Samuel G. Hall (*Pro hac vice forthcoming*)
shall@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

*Attorneys for Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick McKillen and Hume Street Management Consultants Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, Beverly Hills Acquisition LLC, and John Does,<br><br>Defendants. | CASE NO.: 2:25-cv-09178<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

RULE 7.1 CORPORATE DISCLOSURE STATEMENT

# RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Hume Street Management Consultants Limited ("HSMC") certifies that there is no parent corporation or any publicly held corporation owning 10% or more of HSMC's stock. HSMC reserves the right to supplement this disclosure statement if needed.

Dated: September 25, 2025   **WILLKIE FARR & GALLAGHER LLP**

/s/ Michael J. Gottlieb
Michael J. Gottlieb
Samuel G. Hall (*Pro hac vice forthcoming*)
Marina A. Torres
Logan M. Elliott

*Attorneys for Plaintiffs*