Michael J. Gottlieb (SBN 261434)
mgottlieb@willkie.com
Marina A. Torres (SBN 259576)
mtorres@willkie.com
Logan M. Elliott (SBN 268105)
lelliott@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Samuel G. Hall (*Pro hac vice forthcoming*)
shall@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street, N.W.
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

*Attorneys for Plaintiffs Patrick McKillen*
*and Hume Street Management Consultants Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Patrick McKillen and Hume Street Management Consultants Limited,<br><br>Plaintiffs,<br><br>v.<br><br>Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, Beverly Hills Acquisition LLC, and John Does,<br><br>Defendants. | CASE NO.: 2:25-cv-09178<br><br>**NOTICE OF RELATED CASE** |

Pursuant to Local Rule 83-1.3.1, Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited ("HSMC," and, together, Plaintiffs), through their counsel, hereby notify this Court of the following related case filed in the Central District of California: *In re McKillen*, No. 2:24-mc-00062-JFW-PD (C.D. Cal.), filed on May 6, 2024 (the "Section 1782 Action").

Plaintiffs file the above-captioned action (the "Action") under the Federal Racketeer Influenced And Corrupt Organizations Act ("RICO"), 18 U.S.C. § 1964 (the "RICO Action"), to recover millions of dollars out of which Plaintiffs have been defrauded and cheated through a fraudulent scheme carried out and participated in by Defendants and effectuated through an enterprise of related individuals and entities (the "Al Thani Enterprise") and the Computer Fraud and Abuse Act ("CFAA"), 18 U.S.C. § 1030, to recover damages suffered by Plaintiffs related to a hacking scheme perpetuated by John Does. This Action and the Section 1782 Action are based in some of the same facts and involve some of the same parties.

In the Section 1782 Action, on May 6, 2024, Plaintiffs filed an *ex parte* application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery for use in a foreign proceeding (the "Application") from Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani ("Sheikh Hamad bin Jassim"), a Defendant in this Action. The Application was filed in support of a pending suit on the merits in front of the Paris Commercial Court seeking remuneration owed by a company beneficially owned by Sheikh Hamad bin Jassim to Plaintiff HSMC related to the development of a luxury hotel at 231, Boulevard Saint-Germain in Paris, France (the "Saint-Germain Project"). The Application was granted on August 5, 2024. A hearing for respondent's motion to quash the subpoenas was initially scheduled for January 31, 2025. On July 18, 2025, Plaintiffs filed a status report requesting the judge take action on the motion to

quash. On September 22, 2025, Plaintiffs filed a motion requesting a hearing on the motion to quash.

As described in detail in the complaint underlying the Action, the Saint-Germain Project also serves as the mechanism through which the Al Thani Enterprise effectuated one of its frauds against Plaintiffs as part of its wide-ranging scheme to cheat Plaintiffs out of their resources and labor (defined therein as the "Saint-Germain Fraud").

Plaintiffs therefore submit to this Court that the Action and the Section 1782 Action arise from one of the same transactions, happenings, or events.

Dated: September 25, 2025        **WILLKIE FARR & GALLAGHER LLP**

/s/ Michael J. Gottlieb
Michael J. Gottlieb
Samuel G. Hall (*Pro hac vice forthcoming*)
Marina A. Torres
Logan M. Elliott

*Attorneys for Plaintiffs*