Michael J. Gottlieb (SBN 261434)
mgottlieb@willkie.com
Marina A. Torres (SBN 259576)
mtorres@willkie.com
Logan M. Elliott (SBN 268105)
lelliott@willkie.com
WILLKIE FARR & GALLAGHER LLP
2029 Century Park East, Suite 2900
Los Angeles, California 90067
Telephone: (310) 855-3000
Facsimile: (310) 855-3099

Samuel G. Hall (Admitted *pro hac vice*)
shall@willkie.com
WILLKIE FARR & GALLAGHER LLP
1875 K Street NW
Washington, D.C. 20006
Telephone: (202) 303-1000
Facsimile: (202) 303-2000

*Attorneys for Plaintiffs Patrick McKillen*
*and Hume Street Management Consultants Limited*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| Patrick McKillen and Hume Street Management Consultants Limited, | Case No. 2:25-cv-09178-MCS-AGR |
|---|---|
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS FOR EARLY THIRD-PARTY DISCOVERY AND FOR LETTERS OF REQUEST AND FOR AN EXTENSION OF TIME FOR SERVICE OF PROCESS ON JOHN DOE DEFENDANTS [DKT. NOS. 42, 43]** |
| v. | |
| Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, and Beverly Hills Acquisition LLC, | Date: March 30, 2026 Time: 9:00 a.m. Courtroom: First Street, Courtroom 7C Hon. Judge Mark C. Scarsi Magistrate Judge Alicia G. Rosenberg Action Filed: September 25, 2025 |
| Defendants. | |

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000

WILLKIE FARR & GALLAGHER LLP
2029 CENTURY PARK EAST, SUITE 2900
LOS ANGELES, CA 90067
310-855-3000

Pursuant to Local Rule 7-16, Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited (together, "Plaintiffs") respectfully file this Notice of Withdrawal of Plaintiffs' pending motions. On January 29, 2026, Plaintiffs filed a Motion for Early Third-Party Discovery and for Letters of Request, as well as an accompanying Joint Stipulation pursuant to Local Rule 37-2.1 (Dkt. No. 42).[1] On the same day, Plaintiffs filed a Motion to Extend Time for Service of Process on John Doe Defendants, as well as an accompanying memorandum of law (Dkt. No. 43). Pursuant to this Court's March 10, 2026, Order, the hearing on these pending motions is currently scheduled for 9:00 a.m. on Monday, March 30, 2026 (Dkt. No. 52).

On March 16, 2026, Plaintiffs filed their First Amended Complaint (Dkt. No. 53). In light of the arguments raised in the Named Defendants' portions of the Joint Stipulation (Dkt. No. 42-1), as well as in their supplemental memorandum of law (Dkt. No. 47), Plaintiffs have elected not to proceed with their claims against the John Doe Defendants in their First Amended Complaint. Plaintiffs instead intend to pursue their claims against the John Doe Defendants separately in an appropriate jurisdiction. Therefore, Plaintiffs withdraw their pending motions that seek (1) early third-party discovery to identify the John Doe Defendants and (2) an extension of time to serve the John Doe Defendants and respectfully request that the Court vacate the March 30, 2026, hearing. Plaintiffs file and serve this Notice immediately and more than seven days in advance of the date currently set for hearing on the pending motions.

---

[1] In connection with the Joint Stipulation, the parties later submitted supplemental memoranda of law in accordance with Local Rule 37-2.3 (Dkt. Nos. 46, 47).

1

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS FOR EARLY THIRD-PARTY DISCOVERY AND FOR LETTERS OF REQUEST AND FOR AN EXTENSION OF TIME FOR SERVICE OF PROCESS ON JOHN DOE DEFENDANTS [DKT. NOS. 42, 43]

Dated: March 16, 2026

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Michael J. Gottlieb*
     Michael J. Gottlieb
     Samuel G. Hall (Admitted *pro hac vice*)
     Marina A. Torres
     Logan M. Elliott

*Attorneys for Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited*

NOTICE OF WITHDRAWAL OF PLAINTIFFS' MOTIONS FOR EARLY THIRD-PARTY DISCOVERY AND FOR LETTERS OF REQUEST AND FOR AN EXTENSION OF TIME FOR SERVICE OF PROCESS ON JOHN DOE DEFENDANTS [DKT. NOS. 42, 43]