UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | **2:25-cv-09178-MCS-AGR** | Date | March 17, 2026 |
| Title | *Patrick McKillen v. Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani* | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER RE: MOTION TO DISMISS (ECF NO. 48)**


Defendants Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited, and Beverly Hills Acquisition LLC move to dismiss Plaintiffs Patrick McKillen and Hume Street Management Consultants Limited's complaint. (Mot., ECF No. 48.) The Court deems the motion appropriate for decision without oral argument and vacates the hearing set for May 11, 2026. Fed. R. Civ. P. 78(b); C.D. Cal. R. 7-15.

///

---

Page 1 of 2                    CIVIL MINUTES – GENERAL                    Initials of Deputy Clerk SMO

After Defendants filed the motion, Plaintiffs filed an amended complaint pursuant to a stipulation by the parties. (FAC, ECF No. 53); Fed. R. Civ. P. 15(a)(2). Accordingly, the motion is denied as moot. *See, e.g.*, *Ferdik v. Bonzelet*, 963 F.2d 1258, 1262 (9th Cir. 1992) ("[A]fter amendment the original pleading no longer performs any function and is treated thereafter as non-existent . . . ." (internal quotation marks omitted)); *Andreatta v. Eldorado Resorts Corp.*, 214 F. Supp. 3d 943, 949 n.1 (D. Nev. 2016) (denying as moot motion to dismiss complaint subsequently amended as a matter of course).

**IT IS SO ORDERED.**