**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PATRICK MCKILLEN and HUME STREET MANAGEMENT CONSULTANTS LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> SHEIKH HAMAD BIN KHALIFA BIN HAMAD BIN ABDULLAH BIN JASSIM BIN MOHAMMED AL THANI, SHEIKH HAMAD BIN JASSIM BIN JABER BIN MOHAMMED BIN THANI AL THANI, SHEIKHA LULWAH BINT HAMAD BIN KHALIFA AL THANI, MICHELE FAISSOLA, MARC SOCKER, DILMON LLC, MAYBOURNE HOTELS LIMITED, and BEVERLY HILLS ACQUISITION LLC, <br><br> Defendants. | Case No. 2:25-cv-09178-MCS-AGR <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS AND STRIKE PLAINTIFFS' FIRST AMENDED COMPLAINT; OR IN THE ALTERNATIVE TO STAY** <br><br> Date:　　August 3, 2026 <br> Time:　　9:00 a.m. <br> Place:　　Courtroom 7C <br><br> Hon. Mark C. Scarsi |

On April 17, 2026, Defendants Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, Dilmon LLC, Maybourne Hotels Limited,

and Beverly Hills Acquisition LLC filed their motion to dismiss Plaintiffs' First Amended Complaint ("FAC") and strike portions of Plaintiffs' FAC, or in the alternative, to stay.

Defendants' motion requests the FAC be dismissed on the bases that **(1)** under Federal Rule of Civil Procedure 12(b)(5), Plaintiffs failed to properly serve Defendant Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani under Federal Rule of Civil Procedure 4(f); **(2)** under Federal Rule of Civil Procedure 12(b)(2), the Court lacks personal jurisdiction over Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani, Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, and Dilmon LLC; **(3)** Plaintiffs fail to state a claim for relief under Federal Rule of Civil Procedure 12(b)(6) with respect to any of their claims against Defendants; and **(4)** the case should be dismissed under the doctrine of *forum non conveniens*. Alternatively, the action should be stayed pending the outcome of related foreign and domestic litigations in France, New York, California, and London. Additionally, Defendants move to strike certain allegations in the FAC as immaterial, impertinent, and scandalous under Rule 12(f).

The Court, having considered Defendants' motion and papers submitted in support thereof, all opposition papers, and all oral argument, and good cause appearing therefore, hereby **GRANTS** the Motion to Dismiss and Strike Plaintiffs' FAC Or In The Alternative Stay and **ORDERS** as follows:

- The FAC is dismissed as to Defendant Sheikh Hamad bin Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani for improper service of process under Federal Rule of Civil Procedure 12(b)(5);

- Alternatively, the FAC is dismissed as to Defendant Sheikh Hamad bin

2

Khalifa bin Hamad bin Abdullah bin Jassim bin Mohammed Al Thani for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2);

- The FAC is dismissed as to Defendants Sheikh Hamad bin Jassim bin Jaber bin Mohammed bin Thani Al Thani, Sheikha Lulwah bint Hamad bin Khalifa Al Thani, Michele Faissola, Marc Socker, and Dilmon LLC for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2);

- Plaintiffs' claims under the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1962(c),(d) are dismissed in their entirety with prejudice for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6);

- Alternatively, the FAC is dismissed under the doctrine of *forum non conveniens*;

- Paragraphs 29 and 186-210 of the FAC are hereby stricken.

## [IN THE ALTERNATIVE]

- This action is stayed for all purposes pending the outcome of Plaintiffs' pending French, New York, London, and California state litigations.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____

Hon. Mark C. Scarsi
United States District Judge